# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina  🔽

WESTERN DIVISION

**FILED**

**JAN 0 5 2024**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _JMLK_____ DEP CLK

Lynette Melvin

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

THE HONORABLE JUDGE DAWN LAYTON
THE HONORABLE JUDGE HUNTER MURPHY
THE HONORABLE JUDGE TOBY HAMPSON
THE HONORABLE JUDGE JEFFERSON GRIFFIN

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **5:24-CV-00013-BO**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | LYNETTE MELVIN |
| Address | 5050 WATERFORD DRIVE |

| FAYETTEVILLE | NC | 28303 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | CUMBERLAND COUNTY |
| Telephone Number | 901-263-8483 |
| E-Mail Address | LMELVIN303@AOL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE HONORABLE JUDGE DAWN LAYTON |
| Job or Title *(if known)* | SUPERIOR COURT JUDGE |
| Address | THE SCOTLAND  COUNTY COURTHOUSE, 212 BIGGS ST #100 |

| LAURINBURG | NC | 28352 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | SCOTLAND COUNTY |
| Telephone Number | (910) 266-4400 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | THE HONORABLE JUDGE TOBY HAMPSON |
| Job or Title *(if known)* | NORTH CAROLINA APPELANT COURT JUDGE |
| Address | ONE WEST MORGAN STREET |

| RALEIGH | NC | 27602 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | WAKE COUNTY |
| Telephone Number | (919) 831-3600 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3

Name    THE HONORABLE JUDGE HUNTER MURPHY

Job or Title *(if known)*    NORTH CAROLINA APPELANT COURT JUDGE

Address    ONE WEST MORGAN STREET

| RALEIGH | NC | 27601 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County    WAKE COUNTY

Telephone Number    (919) 831-3600

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name    THE HONORABLE JUDGE JEFFERSON GRIFFIN

Job or Title *(if known)*    NORTH CAROLINA APPELANT COURT JUDGE

Address    ONE WEST MORGAN STREET

| RALEIGH | NC | 27601 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County    WAKE COUNTY

Telephone Number    (919) 831-3600

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? THE DUE PROCESS CLAUSE OF THE 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION.

THE CIVIL RIGHTS ACT OF 1964 CONCERNING GENDER DISCRIMINATION.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED STATEMENT.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The events occurred at the Cumberland County Courthouse in room 3B.
117 Dick Street, Fayetteville, NC 28301 on May 16, 2022.

See additional attached statement

B.  What date and approximate time did the events giving rise to your claim(s) occur?
The date of the Wrongful Death Claim Settlement Agreement hearing was on May 16, 2022. The time is unknown; Plaintiff was not sent a notice of the hearing.

The date of the Judgment is dated May 17, 2022.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached Statement.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff respectfully ask that the Court Order of the Honorable Judge Dawn Layton dated May 17, 2022 be completely vacated, to include the Order/Judgment of attorney fees being paid to Attorney Dexter Benoit and Attorney James F. Cyrus.

Because Attorney Katherine Boyatt informed Plaintiff that the Wrongful Death Claim Settlement Agreement was a Confidential Settlement Agreement between the Insurance company and Maggie Melvin and her attorneys, leaving other heirs out, the Wrongful Death Claim Settlement Agrement Court Order dated May 17, 2022 was Unconstitutional; the deceased had ten heirs and not one heir. Attorney Dexter Benoit and Attorney James Cyrus were not the attorneys for the estate; their client, Maggie Melvin, never applied for the letter testamentary as required by State law,therefore they were not authorized to pursue a wrongful death claim. They intentionally left Plaintiff, who was the only registered Personal Representative of the estate out of the Wrongful Death Claim Settlement hearing including eight others heirs. The Superior Court Judge did not have Subject matter Jurisdiction to approve attorney fees in a wrongful death claim. The attorneys use deception to get the Superior Court Judge to sign their Court Order by saying that all parties agreed to the wrongfuld death claim settlement agreement when nine heirs knew nothing about it. Under the Due Process of Law Clause of the 14 Amendment of the U.S. Constitution it says that at a minimum, all heirs of the wrongful death claim should have been served with a NOTICE of the hearing for May 16, 2022 and also given an opportunity to be heard. The hearing did not conform to the Procedual Due Process of Law and Plaintiff and eight other heirs Civil Rights to be present at our late mother and grandmother's Wrongful Death Claim hearing has been violated.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/29/2023

Signature of Plaintiff

Printed Name of Plaintiff     Lynette Melvin

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

# CERTIFICATE OF SERVICE

The undersigned herby certify that she has mailed, U.S. Mail, postage prepaid, a true and correct copy of the above foregoing by depositing same in an official depository of the United States Postal Service, enclosed in a postage paid envelope and properly addressed to the following:

The Honorable Judge Dawn Layton
Superior Court Judge
The Scotland County Courthouse
212 Biggs St #100
Laurinburg, NC 28352

The Honorable Judge Hunter Murphy
NC State Court of Appeals
One West Morgan Street
Raleigh, NC 27601

The Honorable Judge Toby Hampson
NC State Court of Appeals
One West Morgan Street
Raleigh, NC 27601

The Honorable Judge Jefferson Griffin
NC State Court of Appeals
One West Morgan Street
Raleigh, NC 27601

This is the 30th day of December 2023.

By: _____
Lynette Melvin, Personal Representative, pro se