UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LYNETTE MELVIN, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| THE HONORABLE JUDGE DAWN LAYTON, ) | 5:24-CV-13-BO-RN | |
| THE HONORABLE JUDGE TOBY HAMPSON, ) | | |
| THE HONORABLE JUDGE HUNTER MURPHY, ) | | |
| THE HONORABLE JUDGE ) | | |
| JEFFERSON GRIFFIN, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**Decision by Court.**
This cause comes before the Court on defendants' motion to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(l) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has responded and the time for filing a reply has expired. In this posture, the motion is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that this case cannot proceed in federal court. Defendants' motion to dismiss [DE 16] is therefore GRANTED and plaintiff's complaint is DISMISSED. Defendants' prior motion to dismiss [DE 11] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on September 16, 2024, and served on:**
Lynette Melvin (via US Mail to 5050 Waterford Drive, Fayetteville, NC 28303)
Elizabeth O'Brien (via CM/ECF NEF)

September 16, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk